**Fill in this information to identify the case:**

Debtor 1: ROBERT L JOHNSON

Debtor 2: AZETTA A JOHNSON
(Spouse, if filing)

United States Bankruptcy Court for the: District of Nevada (State)

Case number: 17-16936-led

# Official Form 410

## Proof of Claim                                                                                                                              04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

### Part 1:  Identify the Claim

**1. Who is the current creditor?**

Synchrony Bank
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor: Walmart Credit Card or GEMB or GECRB

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Synchrony Bank
c/o PRA Receivables Management, LLC
Name
PO Box 41021
Number   Street
Norfolk       VA     23541
City          State   ZIP Code

Contact phone: (877)829-8298
Contact email: claims@recoverycorp.com

Where should payments to the creditor be sent? (if different)

Synchrony Bank
c/o PRA Receivables Management, LLC
Name
PO Box 41031
Number   Street
Norfolk       VA     23541
City          State   ZIP Code

Contact phone: (877)829-8298
Contact email: claims@recoverycorp.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on ___/___/_____
                                                                              MM  / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

3787436 - 15647850

Official Form 410                                        **Proof of Claim**                                               page 1